AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, DC , 20020

## SEARCH WARRANT
### CASE NUMBER:

**06 - 500 - M - 01**

TO: __MICHAEL T. ROSS__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT MICHAEL T. ROSS__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

SE is a two story family dwelling with white siding located in the Anacostia neighborhood of Washington, DC. The home sits alone on a sizable lot. The front door is located on the right it has a metal frame, silver in color, storm door that opens to reveal a white front door. The house is cleared marked with " 1" just to the left of the door. The numbers are gold in color with a black background and oriented in a vertical fashion. A small black mailbox is located directly beneath the numbers. Three steps lead to the front porch where the front door is located. The front porch is supported by three red brick columns with a dark colored railing. The front of the house has six windows total, two on the first floor and four across the second floor. When facing the front of the house, the side of the house has no doors, the side to the left has four windows, two on the first floor and two on the second floor. The left side of the house has no doors. The rear of the house has a screened in back porch with a door that is located to the left of center. Additionally, there are two windows located on the second floor. When facing the front of the house, the side to the right has no visible windows or doors.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) MOREFULLY DESCRIBED IN ATTACHMENT A AND B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___12/17/06___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 07 2006
_____          at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                       _/s/ John M. Facciola_
_____           _____
Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/7/06 | DATE AND TIME WARRANT EXECUTED<br>12/8/06  0915 Hours | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Premises |
| INVENTORY MADE IN THE PRESENCE OF  ATSAIC Joe Morrison, U.S. Secret Service | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment A

**FILED**

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _Michael T. _____

Subscribed, sworn to, and returned before me this date.

_John F. acala_ _____    12/12/06
U.S. Judge or U.S. Magistrate Judge                Date

# Detail Inventory Listing of All Items at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** Thursday, August 30, 2001 |
| single family | **Starting Date and Time:** 12/08/2006 09:40 AM | |
| | **Ending Date and Time:** 12/08/2006 10:50 AM | |

**Control #:** 1  **Evidence Box:** 1
**Photo #:**  **Locator Code:**
**Description:** Seized Per Warrant   IBM thinkpad laptop
**Key Word:**
**Location:** back patio
**Found:** floor
**Locating Investigator:** reggie Craft
**Evidence Custodian:** Steve Mongelli
**Evidence Logger:** Paige Pinson

**Control #:** 2  **Evidence Box:** 2
**Photo #:**  **Locator Code:**
**Description:** Seized Per Warrant   peices of check stock, (3) $20 re-boost card, letter with
**Key Word:**   and UPS envelope
**Location:** Trash outside bkyrd
**Found:** ground and can
**Locating Investigator:** Marc Sullivan
**Evidence Custodian:** Steve Mongelli
**Evidence Logger:** Paige Pinson

**Control #:** 3  **Evidence Box:** 3
**Photo #:**  **Locator Code:**
**Description:** Seized Per Warrant   Dell desktop
**Key Word:**
**Location:** basement
**Found:** file cabinet
**Locating Investigator:** reggie Craft
**Evidence Custodian:** Steve Mongelli
**Evidence Logger:** Paige Pinson

| | | | |
|---|---|---|---|
| Control #: | 4 | Evidence Box: | 4 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    (1) cell phone chip, (1) piece of paper with bank info | | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | file cabinet | | |
| Locating Investigator: | reggie Craft | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 5 | Evidence Box: | 5 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    box of checks and misc receipts | | |
| Key Word: | | | |
| Location: | back patio | | |
| Found: | floor in brown bag | | |
| Locating Investigator: | Chris Goode | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 6 | Evidence Box: | 6 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    ripped check stock | | |
| Key Word: | | | |
| Location: | Trash outside bkyrd | | |
| Found: | blue recycling bin | | |
| Locating Investigator: | Steve Mongelli | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 7 | Evidence Box: | 7 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    stolen MD license plate 328M975 | | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | top of speaker | | |
| Locating Investigator: | Brad Adams | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

*turned over to Det Coulter*

| | | | |
|---|---|---|---|
| Control #: | 8 | Evidence Box: | 8 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | piece of check stock and (2) Suntrust bank check for $3,500 | |
| Key Word: | | | |
| Location: | Kitchen | | |
| Found: | trash | | |
| Locating Investigator: | Marc Sullivan | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 9 | Evidence Box: | 9 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | torn up check stock pieces | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | on refrigerator | | |
| Locating Investigator: | Jeff Savage | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 10 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | (2) pieces of paper with names and phone number | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | next to water heater | | |
| Locating Investigator: | Brad Adams | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 11 | Evidence Box: | 11 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | bill of sale for vehicle | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | under bed | | |
| Locating Investigator: | Jeff Savage | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 12 | Evidence Box: | 12 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | misc envelopes with multiple | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | on refrigerator | | |
| Locating Investigator: | Jeff Savage | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 13 | Evidence Box: | 13 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | mutalated check stock, bank receipt and versa check ink refill kit | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | floor | | |
| Locating Investigator: | Ben Hick | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 14 | Evidence Box: | 14 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | ripped up check stock | |
| Key Word: | | | |
| Location: | basement | | |
| Found: | trash bag at steps | | |
| Locating Investigator: | Mike Ross | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| Control #: | 15 | Evidence Box: | 15 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | misc checks, check stock and paper | |
| Key Word: | | | |
| Location: | Trash outside bkyrd | | |
| Found: | trash can | | |
| Locating Investigator: | Pat Miller | | |
| Evidence Custodian: | Steve Mongelli | | |
| Evidence Logger: | Paige Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 16 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | misc checks, check stock and papers | |
| **Key Word:** | | | |
| **Location:** | Trash outside bkyrd | | |
| **Found:** | trash can | | |
| **Locating Investigator:** | Pat Miller | | |
| **Evidence Custodian:** | Steve Mongelli | | |
| **Evidence Logger:** | Paige Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 17 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | misc checks, check stock and papers | |
| **Key Word:** | | | |
| **Location:** | Trash outside bkyrd | | |
| **Found:** | trash can | | |
| **Locating Investigator:** | Pat Miller | | |
| **Evidence Custodian:** | Steve Mongelli | | |
| **Evidence Logger:** | Paige Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 18 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Glock mag w/17 rounds, Springfield Armaly 9mm mag 16 Rd. w/ 5 rounds 9mm/ lunger CBC/ 9 rounds, 9mm luger win (1) round .380 | |
| **Key Word:** | | | |
| **Location:** | basement | | |
| **Found:** | floor | | |
| **Locating Investigator:** | Ben Hick | | |
| **Evidence Custodian:** | Steve Mongelli | | |
| **Evidence Logger:** | Paige Pinson | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 19 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | Lexmark X1150 | |
| **Key Word:** | | | |
| **Location:** | basement | | |
| **Found:** | floor | | |
| **Locating Investigator:** | reggie Craft | | |
| **Evidence Custodian:** | Steve Mongelli | | |
| **Evidence Logger:** | Paige Pinson | | |